**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *Morey v. Campbell*, **Slip Opinion No. 2022-Ohio-2213.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2022-OHIO-2213

MOREY *v*. CAMPBELL, APPELLEE; SPEELMAN ET AL., APPELLANTS.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Morey v. Campbell*, Slip Opinion No. 2022-Ohio-2213.]**

*Cause dismissed as moot and court of appeals' judgment vacated.*

(No. 2021-1199—Submitted May 24, 2022—Decided June 30, 2022.)

CERTIFIED by the Court of Appeals for Summit County,
No. 29742, 2021-Ohio-2670.

_____

{¶ 1} Sua sponte, the cause is dismissed as moot and the judgment of the court of appeals is vacated.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

_____

Hoover Kacyon, L.L.C., Corinne Hoover Six, Joseph A. Kacyon, and Rachel L. Smick, for appellants, Carol Speelman and Rick Speelman.

John Lysenko Co., L.P.A., and John Lysenko, for appellee, Savanna Campbell.

————————————